UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ARTHUR HAROLSON,

    Plaintiff,

  v.

HARRISON, et al.,

    Defendants.

No.  2:14-cv-0528 CKD P

ORDER

    Plaintiff, a Shasta County Jail prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

    In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement

/////

/////

/////

/////

1

1 | for the six month period immediately preceding the filing of the complaint.  Plaintiff's
2 | failure to comply with this order will result in dismissal.
3 | Dated:  February 27, 2014

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
haro0528.3

2